United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 15-18486-mdc
Alan C. Johnson, Jr.                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2              Date Rcvd: Sep 23, 2016
                              Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2016.
db              +Alan C. Johnson, Jr.,    6021 North Camac Street,    Philadelphia, PA 19141-3227
13638737        +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13638739        +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
                  Southfield, MI 48034-8331
13731553         Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                  Salt Lake City, UT 84165-0250
13674318         ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13638742        +Medical Data Systems I,    2001 9th Ave,    Suite 312,    Vero beach, FL 32960-6413
13638743         Midland Funding,    2635 Northside Dr Ste 300,    San Diego, CA 92108
13638744        +Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
13638745        +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Sep 24 2016 02:04:34     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 24 2016 02:03:57     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13686188         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 24 2016 02:08:36
                  Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                  Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
13638738        +E-mail/Text: banko@berkscredit.com Sep 24 2016 02:02:22     Berks Credit & Collections,
                  Po Box 329,    Attn: Bankruptcy,    Temple, PA 19560-0329
13648187        +E-mail/Text: bankruptcy@cavps.com Sep 24 2016 02:03:50     Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13638740        +E-mail/Text: bankruptcy@flagshipcredit.com Sep 24 2016 02:03:46     Flagship Credit Accept,
                  3 Christy Dr Ste 201,    Chadds Ford, PA 19317-9670
13642174        +E-mail/Text: bankruptcy@flagshipcredit.com Sep 24 2016 02:03:46     Flagship Credit Acceptance,
                  P.O. Box 3807,    Coppell, TX 75019-4354
13722622        +E-mail/Text: cio.bncmail@irs.gov Sep 24 2016 02:02:19     INTERNAL REVENUE SERVICE,
                  600 ARCH STREET ROOM 5200,    PHILADELPHIA,PA 19106-1611
13638741        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 24 2016 02:09:13     Lvnv Funding Llc,
                  Po Box 10497,    Greenville, SC 29603-0497
13657052         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2016 02:03:07
                  Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                  Harrisburg PA  17128-0946
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2016 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-2, Asset-Backed
               Certificates, Series 2006-2 bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              RICHARD F. WEINSTEIN    on behalf of Debtor Alan C. Johnson, Jr. rfwlaw1@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com

```
District/off: 0313-2          User: Antoinett            Page 2 of 2            Date Rcvd: Sep 23, 2016
                              Form ID: pdf900            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN C. JOHNSON, JR. | Chapter 13 |
| Debtor | Bankruptcy No. 15-18486-MDC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _23rd_ day of _September_, 201_6_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RICHARD F. WEINSTEIN ESQ
705 WEST HAVERFORD RD
SUITE 1
BRYN MAWR, PA 19010-

Debtor:
ALAN C. JOHNSON, JR.

6021 NORTH CAMAC STREET

PHILADELPHIA, PA 19141