**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re  ERIC W. WANG AND | : | CHAPTER 13 |
|         HEATHER A. WANG | : | |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 20-11403 |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Eric W. Wang and Heather A. Wang, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by LoanDepot.com LLC on April 8, 2022. Debtors believe they can become current on all post-petition payments due under the January 27, 2021 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: April 11, 2022